

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2018

No. 04-17-00046-CV

**XTO ENERGY INC**. and Mobil Producing Texas and New Mexico, Inc.,
Appellants

v.

**EOG RESOURCES, INC., ET AL**.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-08-0645-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's unopposed motion for permission to file appellants' reply is GRANTED.

It is so **ORDERED** on this 30th day of January, 2018.

PER CURIAM

ATTESTED: _____
KEITH E. HOTTLE,
Clerk of Court